437 A.2d 1031

Commonwealth v. Diaz, Appellant.

Submitted March 4, 1981. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WICKERSHAM and BROSKY, JJ.

Judgment of sentence affirmed.

437 A.2d 1031

Commonwealth v. Duffy, Appellant.

Submitted May 22, 1981. Richard S. Levine, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and POPOVICH, JJ.

Judgment of sentence affirmed.